**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**IN RE:**

**GARRY W., II ARGENBRIGHT**
**AMANDA M. ARGENBRIGHT**

**Debtors**

**CHAPTER 13**
**CASE NO. 11-50832**

## OBJECTION TO CLAIM; ORDER AND NOTICE OF OPPORTUNITY FOR HEARING

The undersigned Trustee objects to the following claim for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | OBJECTION TO ALLOWANCE OF CLAIM |
|---|---|---|---|
| 006-1 | AUGUSTA HEALTH CARE<br>PO BOX 1000<br>FISHERSVILLE, VA 22939<br><br>AUGUSTA HEALTH CARE, INC. R/A:<br>JOHN W SILLS III<br>PO BOX 109<br>STAUNTON, VA 24402 | $2,244.73 | Claim filed late on 5/18/2012 when the bar date passed on 10/17/2011. Ask disallowance beyond the $288.82 already distributed. |

**WHEREFORE**, your Trustee prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other determination as is appropriate,

DATED: 03/18/2013                                   HERBERT L. BESKIN, CHAPTER 13 TRUSTEE

By:   /s/ Herbert L. Beskin

P.O. Box 2103
Charlottesville, VA  22902  (434)817-9913

It appearing to the Court proper so to do, it is **ORDERED** that claimants shall have **THIRTY (30)** days from the date of service of this order to file with the United States Bankruptcy Courtroom, 3rd Flr, US Courthouse, 116 North Main Street, Harrisonburg, Virginia 22802, **AND SERVE UPON THE TRUSTEE AT THE ADDRESS GIVEN ABOVE,** a written response to said objection(s), and, absent same, claimant shall be in default and the Trustee may tender an Order sustaining the objection without further notice or hearing.

If claimant timely files a response to the trustee's objections and requests a hearing upon same, a hearing shall be held in the United States Bankruptcy Courtroom, US Courthouse, 116 North Main Street, Harrisonburg, Virginia 22802, on 12/04/2013, at 9:30 a.m., upon the trustee's objection to claim and claimants response thereto.  The claimant must be present in person, or represented by counsel at said hearing.

The trustee shall serve a copy of this order upon all claimants and certify in writing to the Court.

DATED: October 9, 2013

*Rebecca B Connelly*

U.S. Bankruptcy Judge

    I hereby certify that I have this date mailed a true copy of the foregoing objection and order to all claimants, or to their counsel, and to counsel for the debtor(s) in this proceeding.

                                HERBERT L. BESKIN, CHAPTER 13 TRUSTEE

DATED:_____    By. _____
                                                             P.O. Box 2103
                                                             Charlottesville, VA  22902  (434)817-9913